1
2
3
4
5
6
7
8
9        UNITED STATES DISTRICT COURT
10    CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
11
12
13
14
15  JEREMY DORIAN BACOT,           ) CV 08-5196-ABC (SH)
                                    )
16                 Petitioner,      ) ORDER ADOPTING THE FINAL
                                    ) REPORT AND RECOMMENDATION
17         v.                       ) OF UNITED STATES MAGISTRATE
                                    ) JUDGE
18  KEN CLARK, Warden,             )
                                    )
19                 Respondent.      )
                                    )
20  _____ )
21         Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the
22  Petition, all of the records and files herein and the attached Final Report and
23  Recommendation of the United States Magistrate Judge, and has made a de novo
24  determination of the Final Report and Recommendation.  The Court concurs with
25  and adopts the conclusions of the Magistrate Judge.
26         IT IS ORDERED that the Petition filed herein is dismissed with  prejudice.
27
28

1

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  February 27, 2009

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE

2