UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JEREMY DORIAN BACOT,<br><br>               Petitioner,<br><br>  v.<br><br>KEN CLARK, Warden,<br><br>               Respondent. | ) CV 08-5196-ABC (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

      Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

      IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: February 27, 2009

*/s/ Audrey B. Collins*

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE

1